

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 10 P 4:41

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VERNON BLAIR | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0269 |
| BARRY GRAHAM OIL SERVICE, L.L.C. | * | SECTION "K" |
| | | JUDGE STANWOOD R. DUVAL, JR |
| | * | DIVISION (1) |
| | | MAGISTRATE SALLY SHUSHAN |

* * * * * * * *

### FIRST UNOPPOSED EX PARTE
### MOTION AND ORDER FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes Barry Graham Oil Service, L.L.C., attempted to be made defendant herein, and upon advising the Court that service of the Complaint herein was purportedly effected on or about February 4, 2000, that if said service was proper it has only until February 24, 2000, within which to answer, except, or otherwise plead to the plaintiff's Complaint; that undersigned counsel requires additional time to assemble and review documentation and information and to confect appropriate pleadings; that no prior extensions of any kind have been granted; and that no objection to extensions of any kind has been filed in the record; hereby moves this Honorable Court to extend for 20 days, or

DATE OF ENTRY FEB 14 2000

Fee
Process
X Dktd
CtRmDep
Doc. No.

until March 15, 2000, the time within which it must answer, except, or otherwise plead to the plaintiff's Complaint. Opposing counsel has consented to this extension.

Considering the foregoing, IT IS HEREBY ORDERED that Barry Graham Oil Service, L.L.C. be, and hereby is, allowed until March 15, 2000, within which to answer or otherwise plead to the plaintiff's Complaint.

New Orleans, Louisiana, this ___11th___ day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

_____
GEORGE M. GILLY, T.A., #6234
THOMAS KENT MORRISON, #25802
Thirtieth Floor, Texaco Center
400 Poydras Street
New Orleans, Louisiana 70130-3245
Telephone: (504) 566-1311

and

PHELPS DUNBAR, L.L.P.
Attorneys for ENSCO Offshore Company

CERTIFICATE OF SERVICE
I do hereby certify that I have on this __10__ day of __February__, 2000, served a copy of the foregoing pleading on councel for all parties to this proceeding, by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____

99060073/13227-3