

**MINUTE ENTRY**
**DUVAL, J.**
**September 7, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VERNON BLAIR** | CIVIL ACTION |
| **VERSUS** | NO. 00-269 |
| **BARRY GRAHAM OIL SERVICE, L.L.C.** | SECTION "K"(1) |

Attending a telephonic status conference held this day were:

David Hilleren for plaintiff and
George Gilly for defendant.

The Court inquired into the status of the case and was informed that the parties are on track for the February trial. Some medical bills have still not been paid; however, the Court was assured that defendant's counsel will recommend payment thereof. Defendant's counsel also represented that he will attempt to make available crew members for depositions. Counsel were informed by the Court that it intends to enforce the scheduled trial date of February 20, 2001.

DATE OF ENTRY
SEP 1 2 2000