

```
        FILED
   U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

   2001 JAN 19 PM 3:39

    LORETTA G. WHYTE
         CLERK
```

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**JANUARY 19, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VERNON BLAIR | CIVIL ACTION |
| versus | NUMBER 00-0269 |
| BARRY GRAHAM OIL SERVICE, L.L.C. | SECTION "K" (1) |

A settlement conference is scheduled in the above-captioned case on Wednesday, February 14, 2001 at 9:30 A.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

**On or before February 12, 2001**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced,** briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994. All counsel are to have access to someone with full settlement authority.**

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JAN 2 2 2001

___Fee_____
___Process___
_X_ Dktd
___ CtRmDep
___ Doc.No. 19