```
                              FILED
                         U.S. DISTRICT COURT
                        EASTERN DISTRICT OF LA

                         2001 FEB -9  AM 8:38

                           LORETTA G. WHYTE
                                CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VERNON BLAIR | CIVIL ACTION |
| VERSUS | NO. 00-0269 |
| BARRY GRAHAM OIL SERVICE, L.L.C. | SECTION "K" |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 8th day of February, 2001.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
FEB 0 9 2001

___Fee_____
___Process__
_X_Dktd_____
___CtRmDep__
Doc.No.__22__