

```
            FILED
       U.S. DISTRICT COURT
     EASTERN DISTRICT OF LA

       2001 MAR 23 PM 4: 14

       LORETTA G. WHYTE
              CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VERNON BLAIR | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0269 |
| BARRY GRAHAM OIL SERVICE, L.L.C. | * | SECTION "K" |
| | | JUDGE STANWOOD R. DUVAL, JR. |
| | * | DIVISION (1) |
| | | MAGISTRATE SALLY SHUSHAN |

\* \* \* \* \* \* \* \*

## JOINT MOTION AND ORDER OF DISMISSAL

NOW INTO COURT, through undersigned counsel, come all parties in the above-entitled and numbered Civil Action, and upon advising the Court that the matters forming the basis of this litigation have been amicably resolved by, between and among them, respectfully move the Court to dismiss the above-entitled and numbered Civil Action with prejudice, each party to bear his or its own costs.

Considering the above and foregoing motion and the sub-joined consent of all counsel of Record, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-

DATE OF ENTRY
MAR 2 9 2001

entitled and numbered Civil Action be, and the same is hereby, dismissed with prejudice, each party to bear his or its own costs.

New Orleans, Louisiana, this 28th day of March, 2001.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

_____
DAVID A. HILLEREN, #6921
HILLEREN & HILLEREN, L.L.P.
Post Office Box 1750
Covington, Louisiana 70434-1750
Telephone: (504) 893-5959
Attorneys for Vernon Blair

_____
GEORGE M. GILLY, T/A., #6234
THOMAS KENT MORRISON, #25802
PHELPS DUNBAR, L.L.P.
Thirtieth Floor, Texaco Center
400 Poydras Street
New Orleans, Louisiana 70130-3245
Telephone: (504) 566-1311
Attorneys for ENSCO Offshore Company

99165256/13227-3